UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRET A. SIMPSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR11-5472BHS <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER having come before the Court on the defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the instant motion and the records and files herein, now, therefore,

IT IS HEREBY ORDERED that the defendant, Bret A. Simpson, is terminated from the remainder of his supervised release and is discharged from supervision.

DONE this 29th day of April, 2015.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Linda R. Sullivan
Assistant Federal Public Defender
Attorney for Bret A. Simpson

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*United States v. Simpson*; CR11-5472 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710